PER CURIAM.
Affirmed. See Forman v. Wallshein, 671 So.2d 872 (Fla. 3d DCA 1996); Atlantic Coast Line R.R. Co. v. Ganey, 125 So.2d 576, 578 (Fla. 3d DCA 1960); Dos Santos v. Ajax Navigation Corp., 531 So.2d 231 (Fla. 3d DCA 1988), cert. dismissed, 489 U.S. 1048, 109 S.Ct. 1304, 103 L.Ed.2d 574 (1989); Royal Caribbean Corp. v. Modesto, 614 So.2d 517 (Fla. 3d DCA 1992), review denied, 626 So.2d 207 (Fla.1993); see also Flores v. Carnival Cruise Lines, 47 F.3d 1120 (11th Cir.1995).